

## Claims Register as of 10/4/2021
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Michael Shevlin Attorney at Law | Attn: Michael Shevlin | 9330 Fletcher Dr | | | La Mesa | CA | 91941 | 03/12/2021 | General Unsecured | $1,400.00 | $1,400.00 | | | |
| 200 | Direct Energy Business Marketing LLC | Attn: Alvin Barthe | 194 Wood Ave S | 2nd Floor | | Iselin | NJ | 08830 | 04/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 324 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 337 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 358 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 397 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |



## Claims Register as of 10/4/2021
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 358 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 200 | Direct Energy Business Marketing LLC | Attn: Alvin Barthe | 194 Wood Ave S | 2nd Floor | | Iselin | NJ | 08830 | 04/23/2021 | General Unsecured | $0.00 | Expunged | | | |
| 337 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 8 | Michael Shevlin Attorney at Law | Attn: Michael Shevlin | 9330 Fletcher Dr | | | La Mesa | CA | 91941 | 03/12/2021 | General Unsecured | $1,400.00 | $1,400.00 | | | |
| 324 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 397 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |